Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br>Plaintiff, <br><br>v. <br><br>COREY BURLESON, et al. <br><br>Defendant. | CASE NO. 1:11-cv-00499-LJO-SKO <br><br>PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER CONTINUING INITIAL SCHEDULING CONFERENCE; AND ORDER |

**TO THE HONORABLE SHEILA K. OBERTO, THE DEFENDANT/S AND HIS ATTORNEY/S OF RECORD:**

Plaintiff Joe Hand Promotions, Inc., hereby applies *ex parte* for an order continuing the Initial Scheduling Conference presently set for June 21, 2011 at 9:45 AM.   As set forth below Plaintiff respectfully requests that the Court continue the Initial Scheduling Conference to a new date approximately Thirty (30) to Forty-Five (45) days forward.

The request for the brief continuance is necessitated by the fact that Plaintiff has not yet perfected service of the initiating suit papers upon the Defendant Corey Burleson a/k/a Rodney Burleson a/k/a Corey Rodney Burleson individually and d/b/a Freeway Lanes Bowling Alley a/k/a Nacho Mama's.  As a result, Plaintiff's counsel has not conferred with the defendant concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Scheduling Conference Statement.

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiff recently identified an alternative address that it believes will be successful to serve its initiating suit papers, upon the Defendants.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court continue the Initial Scheduling Conference, presently scheduled for June 21, 2011 at 9:45 AM to a new date approximately Thirty (30) to Forty-Five (45) days forward.

Respectfully submitted,

Dated: June 20, 2011        */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
By: Thomas P. Riley
Attorneys for Plaintiff
Joe Hand Promotions, Inc.

### ORDER

It is hereby ordered that the Initial Scheduling Conference in civil action number 1:11-cv-00499-LJO-SKO styled *Joe Hand Promotions, Inc. v. Corey Burleson , et al.*, is hereby continued from 9:45 AM, June 21, 2011 to **July 28, 2011, 9:45 AM**.

Plaintiff shall serve a copy of this Order on the Defendant and thereafter file a Certification of Service of this Order with the Clerk of the Court.

IT IS SO ORDERED.

Dated:   **June 20, 2011**                    */s/ Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com