# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No. 1:11-cv-00499-LJO-SKO |
| Plaintiff, | **ORDER DENYING REQUEST FOR APPOINTMENT OF A REGISTERED SERVICE PROCESSER** |
| v. | |
| | (Doc. 21) |
| COREY BURLESON, | |
| Defendant. | |

On April 29, 2014, Plaintiff filed a request for an order appointing a registered process server. (Doc. 21.) The document was clearly filed in error. The caption of the case bears the names of individuals and/or corporations that are not parties to this action, the case number is incorrect, and the details of the request do not comport with the docket of this case.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for the appointment of a process server is DENIED.

IT IS SO ORDERED.

Dated: **May 1, 2014**         /s/ Sheila K. Oberto
                               UNITED STATES MAGISTRATE JUDGE